UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 07, 2022

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE
HERNIA MESH PRODUCTS LIABILITY LITIGATION          MDL No. 2846

## NOTICE OF FILING OF
## CONDITIONAL TRANSFER ORDER (CTO-98)

Today, the Judicial Panel on Multidistrict Litigation filed a conditional transfer order (CTO) involving the above-captioned matter. This matter is transferred pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. The order will be stayed for 7 days unless opposed in accordance with Rule 7.1(c).

Notices of Opposition should be filed by mail or facsimile. Refer to Rule 3.2 for filing options and requirements. File one Notice of Opposition (with an attached schedule of actions, if necessary) if opposing the transfer of more than one action. A consolidated Motion and Brief to Vacate the CTO, with attached schedule of actions, is acceptable and preferred. **Pleadings not exceeding a total of 10 pages, including exhibits, may be faxed to the Panel at (202) 502-2888; otherwise file an original and one copy of all pleadings by delivery or mail to:**

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8041

The following deadline pertain to this CTO Notice:

**Notice of Opposition Due on or Before: September 14, 2022**

If/when Notices of Opposition are filed, Pro Se will be notified of subsequent briefing schedules and related filings.

Inasmuch as there is an unavoidable delay between notification of the pendency of a tag-along action and the filing of a CTO, Pro Se are required by Rule 7.1(b) to notify this office **by fax or mail,** of any official changes in the status of the tag-along action. Such changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2846

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –98)

On August 2, 2018, the Panel transferred 50 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 316 F.Supp.3d 1380 (J.P.M.L. 2018). Since that time, 343 additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Edmund A. Sargus, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Sargus.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of August 2, 2018, and, with the consent of that court, assigned to the Honorable Edmund A. Sargus, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2846

### SCHEDULE CTO−98 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| KANSAS | | | |
| KS | 6 | 22−01196 | Blaurock v. Southwind Surgical Group et al |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

7 SEP 2022 PM 3 L

01-264



$0.57 0
US POSTAGE
FIRST-CLASS
062S0007966708
20002

RECEIVED
SEP 12 2022

Robert D. Blaurock (Pro se)
#86516
El Dorado Correctional Facility
1737 S.E. 54 Hwy
P.O. Box 311
El Dorado, KS 67042

received by
Plaintiff on
9/13/22, 3:30 AM

67042-031111