IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| ROBERT D. BLAUROCK,<br><br>    Plaintiff.<br><br>v.<br><br>SOUTHWIND SURGICAL GROUP,<br>BRANDON S. CUNNINGHAM, M.D.<br>ALAINA D. DRESSLER, P.A.:<br>C.R. BARD INC.,ET.AL.:<br>CORIZON HEALTH, LLC.:<br>CENTURION MANAGED CARE OF<br>VIRGINIA, AND KANSAS,<br>FOR K.D.O.C.:<br><br>    Defendants. | Case No. 6:22-cv-1196<br><br>Removal from the District Court<br>of Butler County, Kansas<br><br>Case No. BU-2022-cv-173<br><br>JURY TRIAL DEMANDED |

PLAINTIFF'S RESPONSE TO DEFENDANT CENTURION
OF KANSAS MOTION TO DISMISS
AND OBJECTION THERETO

The Plaintiff Robert D. Blaurock, pro se; in the above captioned case matter. asks this Court to deny the defendant Centurion of Kansas. a.k.a. Centurion Managed Care of Virginia, LLC., a motion to dismiss for the following reasonings:

1. Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC. is the healthcare provider to persons in custody of the Kansas Dept. of Corrections, who contracted with the physician Mr.Jerry Gaston to perform reparative surgery upon the plaintiff at the Ridgewood Surgery building, 4013 N. Ridge Rd., #100, Wichita, KS. 67205.

2. Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC. has possession of all of the defendant's medical records, informations beginning the year of 2020

1.

and continuing throughout the year of 2022, including the
May 06, 2022 operative report prepared by Jerry Gaston, M.D.

3.   Centurion of Kansas, a.k.a. Centurion Managed Care of
Virginia, LLC. has consistently and continuously denied or
refused to respond to the plaintiff's requests for discovery,
disclosure, and inspection of his medical records, informations,
with emphasis placed upon " the May 06, 2022 operative report,"
all of which are relative and necessary evidences to prove
the plaintiff's claims of medical malpractice, or, medical
negligence, or product liability. Plaintiff has by means of
K.D.O.C. Form-9's on the dates of May 13, 2022, late May 2022,
June 11, 2022, and June 20, 2022, requested Centurion to allow
him access to and copy of all such informations to no avail.
Plaintiff on the date of June 03, 2022 submitted a notarized
HIPPA Complaint For Release of Patient Information, Pursuant
to 45 C.F.R. 164*508 to Centurion: E.D.C.F., Centurion
Managed Care of Virginia, LLC.,mand is denied access to and
copy. Plaintiff afforded Centurion Managed Care of Virginia,
LLC. his August 23, 2022 motion for discovery, disclosure;
and inspection, to which said defendant has refused to comply.

In no otherwords, Centurion intentionally or deliberately,
or inadvertently obstructed the plaintiff's.athe Butler County,
District Court, and now the U.S.D.Ct.'s access to informations.

Plaintiff alleges that Centurion is involved in efforts
to aid the defendants et.al. to per say, limit liability
for their actions regarding claims made by the plaintiff.

4. Centurion of Kansas, LLC., a.k.a. Centurion Managed Care of Virginia, LLC., was made aware of plaintiff's need for a reparative surgery, i.e. removal of the C.R. Bard Inc., Davol Inc. mesh in July-August 2020, as indicated on Plaintiff's Exhibits (G,M;O;P;Q;R;S;T;); yet allowed the plaintiff to endure the pains and complications of the torn mesh, e.g. injury complained of for a period of 2-years, until the date of May 06, 2022 when the secondary procedure was performed.

5. Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC., as a medical care provider, whether to the general public population or to incarcerated persons, should have had all access regarding warranty informations to the C.R. Bard Inc., Davol Inc., medical devices, hernia mesh.

Following the plaintiff's secondary injury complaint, Centurion being the healthcare provider to the plaintiff should have made reasonable inquiry as to the C.R. Bard Inc., Davol Inc. product/medical device, mesh warranty information.

6. Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC. possessed informations, such as: (i) the C.R. Bard Inc., Davol Inc., Mesh Perfix Plug [REF] 0112780, [LOT] HUBX 1127, expiration date 10/28/22 was surgically implanted into the plaintiff on 11/02/18, and (ii) the C.R. Bard Inc., Davol Inc., Mesh Perfix Plug [REF] 112780, [LOT] HUCT 2077, expiration date 6/28/23 was surgically implanted into the plaintiff on 11/02/18, and that the hernia mesh implanted into the plaintiff's lower left side abdomen had become disengaged or torn loose.

7. Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC. conducting business at the K.D.O.C./E.D.C.F., prior to authorizing the May 06, 2022 reparative procedure performed test such as (physical examinations, sonagrams; C.T. Scan) of the injured area. A diagnosis rendered by Jerry Gaston, M.D. in his professional capacity was that: (i) Brandon S. Cunningham, M.D. and Alaina D. Dressler, P.A. chose the incorrect hernia mesh/medical device to implant into the plaintiff due to the size of the injury; (ii) Brandon S. Cunningham, M.D. and Alaina D. Dressler, P.A. implemented amn inadequate or incorrect surgical technique leading to failure of the mesh; (iii) the stitching technique was inadequate; (iv) the two prior surgeons may lack the necessary skills; or (v) there exists a possible product liablity.

8. Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC. knowlegible of Dr.Jerry Gaston's medical opinion, based upon the (physical examination, sonagrams, C.T. Scan), and prior to the actual May 06, 2022 procedure, made a conscientious choice to remove only the mesh installed into plaintiff's lower left side abdomen area, instead of approving removal of both the left and right side mesh.'

9. Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC., left the: (i) improper mesh/surgical device on his right side; Knowing (ii) an incorrect surgical technique was implemented; (iii) stitching may be inadequate; (iv) the surgeons may have lacked the necessary skills to prevent the right side medical device from tearing loose; a possible

product liability exists as to the right side medical device similar to the failed left side medical device.

In otherwords, the defendant Centurion is acutely aware that the untreated right side area, will eventually fail, the same as the left side area, this based upon all informations gained from the: (physical examination, sonagram, C.T. Scan); expert medical diagnosis and opinion of Jerry Gaston, M.D.; and most certainly from the May 06, 2022 operative report prepared by Jerry Gaston, M.D.

Plaintiff may or may not have adequately stated a claim of medical malpractice, medical negligence against Centurion in the original tort claim petition. However, the facts made known to him throughout the entirety of treatments rendered by the defendant Centurion, now sufficiently states a claim.

WHEREFORE, the plaintiff respectfully asks this Court to deny the defendant Centurion of Kansas, a.k.a. Centurion Managed Care of Virginia, LLC., motion to dismiss, based upon all sound reasonings and factual informations stated to herein.

RESPECTFULLY SUBMITTED
Robert D. Blaurock.

CERTIFICATE OF SERVICE

This is to certify that on this ____ day of Sept. 2022, I forwarded to the Clerk of the U.S.D.Ct., Dist. of Kansas, by means of E-Filing a copy of this foregoing Plaintiff's Response to Defendant Centurion of Kansas motion to dismiss and his objection thereto, and that the Court and defendants received a copy of the same by means of conventional mailing through the U.S.P.S., first class, postage paid.

Clerk of the Court
U.S.D.Ct. Dist. of KS.
at Wichita, KS.
Room 204
401 N. Market Street
Wichita, KS. 67202-2096

Southwind Surgical Group,
Brandon S. Cunningham, M.D.;
Alaina D. Dressler, P.A.
2500 Canterbury Drive, Suite 202
Hays, Kansas 67601
(785)-623-5945 Tele.
(785)-623-5949 Fax.
by and through their
counsel of record
Mr.Michael K. Brown
Reed Smith LLP
355 South Grand Ave.
Suite 2900
Los Angeles, CA. 90071
1-(213)-457-8000 Tele.
1-(213)-457-8080 Fax.

Centurion of Kansas, a.k.a.
Centurion Managed Care of
Virginia, LLC.
1593 SpringHill Road, Suite 600
Vienna, Virginia 22182
(703)-749-4600 Tele.
by and through counsel
Mr.Sam Bennett, Atty.#26695 of
Norris Keplinger Hicks & Welder,LLC.
11551 Ash Street, Suite 200
Leawood, Kansas 66211
(913)-663-2000 Tele. 663-2006 Fax.

Corizon Health, LLC.
C.T. Corporation
300 Montvue Rd.
Knoxville, TN. 37919-5546

C.R. Bard, Inc.
100 Crossings Blvd.
Warwick, R.I. 02886
1-800-556-6275
by and through counsel
Kara T. Stubbs, Atty.#15805
Baker Sterchi Cowden & Rice, LLC.
2400 Pershing RD., Suite 500
Kansas City, Mo. 64108-2533
(816)-471-2121 Tele.
(816)-471-0288 Fax.

_/s/ Robert D. Blaurock_
Robert D. Blaurock
# 86516
E.D.C.F.
1737 S.E. 54 Hwy.
P.O. Box 311
El Dorado, KS. 67042

Sworn to before me on this _____ day of Sept. 2022

_____
Notary Public

Submitted under the penalty of perjury, K.S.A. 53-601 and/or 28 U.S.C. § 1746 on the date indicated/mailed. No Notary available.