### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT WICHITA

| | |
|---|---|
| ROBERT BLAUROCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHWIND SURGICAL GROUP, ) <br> BRANDON S. CUNNINGHAM, M.D.; ) <br> ALAINA D. DRESSLER, P.A:; BARD ) <br> DAVOL INC.; CORIZON LLC., CORIZON ) <br> INC.; CENTURION HEALTH CARE ) <br> PROVIDER/K.D.O.C., ) <br> ) <br> Defendants. ) | Case No: 6:22-cv-01196-JWB-GEB |

### DEFENDANT C. R. BARD, INC.'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION

Defendant C. R. Bard, Inc. erroneously sued as "Bard Davol Inc." ("Bard") will and hereby does move for a stay to all proceedings in this matter pending its transfer to the multidistrict litigation titled, *In Re: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation*, Case No. 2:18-md-2846-EAS-KAJ ("MDL 2846") (S.D. OH), MDL No. 2846, pending in the United States District Court for the Southern District of Ohio. This motion is made on the grounds that this case was properly removed to federal court, and a stay of this case is necessary and appropriate to achieve the judicial economies that underlie 28 U.S.C. § 1407. Additionally, Bard will be prejudiced by duplicative discovery and motion practice, and inconsistent rulings, in the absence of a stay or upon remand.

Pursuant to D. Kan. Rules 7.1 and 7.6, this motion is based on this Notice; the Memorandum in Support; the Declaration of Kara T. Stubbs; all papers filed in relation to Bard's

motion; the complete files and records in this action; matters that may be judicially noticed; and any oral or documentary evidence that may be presented at or before the hearing on this matter.

Dated this 4th day of October, 2022.

        Respectfully submitted,

        */s/ Kara T. Stubbs*
        Kara T. Stubbs        KS # 15805
        BAKER STERCHI COWDEN & RICE LLC
        2400 Pershing Road, Suite 500
        Kansas City, MO 64108
        Telephone:   (816) 471-2121
        Facsimile:    (816) 472-0288
        stubbs@bakersterchi.com

        **ATTORNEY FOR DEFENDANT**
        **C. R. BARD, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2022, a true and correct copy of Defendant C. R. Bard, Inc.'s Motion To Stay All Proceedings Pending Transfer To Multidistrict Litigation was served through CM/ECF on all counsel or parties via the Court's filing system and/or by depositing copies of all documents in the United States mail.

    Robert D. Blaurock        #86516
    El Dorado Correctional Facility
    1737 S.E. 54 HWY.
    P.O. Box 311
    El Dorado, KS. 67042

    **PLAINTIFF**

        */s/ Kara T. Stubbs*

- 2 -