# UNITED STATES DISTRICT COURT
# FOR THE FEDERAL DISTRICT OF KANSAS

| | |
|---|---|
| **ROBERT BLAUROCK,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     vs. | ) Case No. 6:22-cv-01196 |
| | ) |
| **SOUTHWIND SURGICAL GROUP,** | ) |
| **BRANDON S. CUNNINGHAM, M.D.,** | ) |
| **ALAINA D. DRESSLER, P.A.,** | ) |
| **BARD DAVOL INC., CORIZON LLC,** | ) |
| **CORIZON INC., CENTURION** | ) |
| **HEALTH CARE PROVIDER/K.D.O.C.,** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**COMES NOW** Samuel Bennett of Norris Keplinger Hicks & Welder, LLC, and hereby withdraws as counsel for defendant Centurion of Kansas, LLC, (identified in Plaintiff's Petition as "Centurion Health Care Provider/K.D.O.C.").

John Hicks of the same firm remains as lead counsel for defendant Centurion of Kansas, LLC. Pursuant to Local Rule 83.5.5(c) and Fed. R. Civ. Pro. 5(b), service of this document was made on Centurion of Kansas, LLC, through their continuing attorneys.

*Respectfully Submitted*,

**NORRIS KEPLINGER
HICKS & WELDER, LLC**

By: */s/ Sam Bennett*
John Hicks, jh@nkfirm.com, #20474
Sam Bennett, sbennett@nkfirm.com, #26695
11551 Ash Street, Suite 200
Leawood, Kansas 66211
(913) 663-2000/ (913) 663-2006 FAX
**ATTORNEYS FOR DEFENDANT
CENTURION OF KANSAS, LLC**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of October, 2022, the above and foregoing document was filed via the Court's ECF system, which sent notification of such filing to all counsel of record. A copy was served on the Plaintiff and other parties by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

    Plaintiff pro se        Robert D. Blaurock
                               #86516
                               El Dorado Correctional Facility
                               17737 S.E. 54 Hwy.
                               P.O. Box 311
                               El Dorado, KS 67042

    Corizon, Inc.
    c/o CT Corporation System
    300 Montvue Road
    Knoxville, Tennessee  37919-5546

    Corizon, LLC
    c/o CT Corporation System
    300 Montvue Road
    Knoxville, Tennessee  37979-5546

    Kansas Department of Corrections
    714 SW Jackson, Suite 300
    Topeka, Kansas  66603

    Southwind Surgical Group
    2500 Canterbury Drive, Suite 202
    Hays, Kansas  67601

And copies sent via email as follows:

    Kara T. Stubbs
    Baker Sterchi Cowden & Rice, LLC
    2400 Pershing Road, Suite 500
    Kansas City, Missouri  64108
    stubbs@bakersterchi.com
    ATTORNEY FOR C. R. BARD, INC.

    Casey L. Walker
    Lawrence J. Logback
    SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.
    7400 W. 110th Street, Suite 600
    Overland Park, Kansas  66210
    (913) 342-2500/(913) 342-0603 FAX

llogback@slln.com
cwalker@slln.com
ATTORNEYS FOR DEFENDANTS BRANDON CUNNINGHAM,
M.D. AND ALAINA DRESSLAR, P.A.


   /s/ *Sam Bennett*
Attorney for Centurion of Kansas, LLC